McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JAIME L. PRECIADO
Special Assistant U. S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone No: (415) 977-8943
Facsimile No: (415) 744-0134

Attorneys for Defendant/Respondent
Commissioner of Social Security

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY BENGE, | Case No. 1:06-cv-01071 SMS |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| v. | |
| LINDA S. McMAHON,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

   The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from January 30, 2007 to March 1, 2007.

   This is defendant's first request for an extension of time to file a response to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

---

[1] On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

```
                                    Respectfully submitted,


Dated: January 26, 2007             /s/ Brian C. Shapiro
                                    (As authorized via facsimile)
                                    BRIAN C. SHAPIRO
                                    Attorney for Plaintiff


Dated: January 26, 2007             McGREGOR W. SCOTT
                                    United States Attorney
                                    LUCILLE GONZALES MEIS
                                    Chief Counsel, Region IX
                                    Social Security Administration


                                    /s/ Jaime L. Preciado
                                    JAIME L. PRECIADO
                                    Special Assistant U.S. Attorney
```

**IT IS SO ORDERED:**

Dated: 2/1/2007

                                     /s/ Sandra M. Snyder
                                    THE HONORABLE SANDRA M. SNYDER
                                    United States Magistrate Judge