1  Brian C. Shapiro
   Attorney at Law: #192789
2  «Office_Name»
   «Address_1»
3  «Address_2»
   «Telephone»
4  «Facsimile»
   E-mail: «email»
5
   Attorneys for Plaintiff WESLEY BENGE
6

7

8            **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11  WESLEY BENGE,                    )  Case No.: 1:06-cv-1071 SMS
                                     )
12            Plaintiff,             )  STIPULATION FOR THE AWARD
                                     )  AND PAYMENT OF ATTORNEY
13       vs.                         )  FEES PURSUANT TO THE EQUAL
                                     )  ACCESS TO JUSTICE ACT, 28
14  MICHAEL J. ASTRUE,               )  U.S.C. § 2412(d);
    Commissioner of Social Security, )
15                                   )  **ORDER**
             Defendant.              )
16  _____ )

17       IT IS HEREBY STIPULATED by and between Plaintiff WESLEY BENGE

18  ("Plaintiff") and Defendant Michael J. Astrue as the Commissioner of Social

19  Security ("Defendant"), collectively as the "parties," through their undersigned

20  attorneys, subject to the approval of the Court, that Brian C. Shapiro, as Plaintiff's

21  counsel and assignee, be awarded attorney fees, costs and expenses under the

22  EAJA in the amount of four thousand one hundred ($4,100.00).  This amount

23  represents compensation for all legal services rendered by Brian C. Shapiro on

24  behalf of Plaintiff in connection with this civil action, in accordance with 28

25  U.S.C. § 2412(d).

26

                              -1-

1    The stipulation is entered into for the sole purpose of settling all disputed

2    claims regarding EAJA and avoiding the expenses and risks of litigation. This

3    stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

4    attorney fees, costs, and expenses.  This stipulation does not constitute an

5    admission of liability on the part of Defendant under the EAJA.  This stipulation

6    does not settle, or compromise the question of whether Brian C. Shapiro may be,

7    is, or should be the direct payee of an award of fees, costs, and expenses under the

8    EAJA in the absence or presence of an express or implied assignment of such an

9    award nor whether any such award is free from or subject to debts of Plaintiff, if

10   any, under the Debt Collection Act of 1996, 31 U.S.C. § 3716, or as to any issue

11   regarding the applicability of the Assignment of Claims Act, 31 U.S.C. § 3727.

12    Neither this agreement nor the substance herein shall, in full or in part, be

13   quoted, cited or referred to in any document filed in any case but the present one

14   and it shall not, in full or in part, be attached to any document filed in any case but

15   the present one.

16    Payment of four thousand one hundred ($4,100.00) in EAJA attorney fees,

17   costs, and expenses to Brian C. Shapiro shall constitute a complete release from

18   and bar to any and all claims Plaintiff may have relating to EAJA fees in

19   connection.  Any payment shall be made payable to Plaintiff's counsel as

20   Plaintiff's assignee and delivered to Plaintiff's counsel.

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

-2-

1    This award is without prejudice to the rights of Plaintiff's counsel to seek

2  Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions

3  of the EAJA.

4

DATE: December 18, 2007        Respectfully submitted,

5
                               «Office_Name»
6
                                    /s/ Brian C. Shapiro
7                          BY: _____
                               Brian C. Shapiro
8                              Attorney for plaintiff
                               WESLEY BENGE
9
DATE:  12/17/07                McGREGOR W. SCOTT
10                             United States Attorney

11

                                    */s/-Jaime L. Preciado
12                         BY: _____
                               JAIME L. PRECIADO
13                             Special Assistant United States Attorney
                               Attorneys for defendant MICHAEL J. ASTRUE
14                             Commissioner of Social Security

15                             [*Via email authorization on 12/17/07]

16

17

18

19

20

21

22

23

24

25

26

PDF created with pdfFactory trial version www.pdffactory.com

1

2

**ORDER**

3

**IT IS ORDERED** that counsel for Plaintiff is awarded attorney fees and

4

costs pursuant to the Equal Access to Justice Act ("EAJA") in the amount FOUR

5

THOUSAND ONE HUNDRED and no/100's ($4,100.00), as authorized by 28

6

U.S.C.  2412(d), and subject to the terms and conditions of the Stipulation.

7

DATED:  12/18/2007

8

9

10

 /s/ Sandra M. Snyder
SANDRA M. SNYDER

11

UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-4-